IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 13-cr-00214-RBJ | Date: | June 26, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | Susana Cahill | Probation: | Patrick Lynch |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *James R. Boma* |
| v. | |
| 1.  JOSE ANTONIO RIVAS-GARCIA<br>**Defendant(s)** | *Douglas L. Romero* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   8:32 a.m.

Interpreter sworn.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [197] Government's Motion for Defendant to Receive the Two Level Drug Quantity Offense Level Reduction is **GRANTED.**

[198] Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. § 3E1.1(b) is **GRANTED.**

[199] Government's Motion for Sentencing Reduction Under the Provisions of §5K1.1, U.S. Sentencing Guidelines and Title 18, United States Code, Section 3553(e) is **GRANTED.**

**ORDERED:** Defendant shall be **imprisoned** for **42 months** as to Counts One and Two of the Indictment, to run concurrently. No term of supervised release, no fine imposed.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years** as to each count to run concurrently, as a deterrent should the defendant return to the United States.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall not illegally possess controlled substances. Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.
- (**X**) If the defendant is not deported, he shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), as to each count, to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 8:59 a.m.        Hearing concluded.        Total time:    00:27